[No. 20066-0-II.   Division Two.   July 3, 1997.]

JOHN ALVIN BAKER, *Appellant*, v. FOREST FUNERAL HOME, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-2-01429-2, Daniel J. Berschauer, J., entered October 2, 1995. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 20201-8-II.   Division Two.   July 3, 1997.]

JANET JOHNSTON, *Appellant*, v. PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-10264-1, Thomas A. Swayze, Jr., J., entered November 16, 1995. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 20230-1-II.   Division Two.   July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER RYAN LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04040-5, Terry D. Sebring, J., entered November 27, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 20279-4-II.   Division Two.   July 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PAIGE BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-01132-6, Richard A. Strophy, J., entered December 13, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.